FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 1 0 2014 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLLE DISIMONE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>ROBERT'S AMERICAN GOURMET FOOD, LLC (renamed PIRATE BRANDS, LLC),<br><br>Defendant. | Case No.: 2:13-cv-05495-SLT-VVP<br><br>STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Nicolle DiSimone dismisses this action with prejudice. Defendant Robert's American Gourmet Food, LLC (renamed Pirate Brands, LLC) stipulates thereto. Each party shall bear its own attorneys' fees and costs.

DATED: December 9, 2014

RIDOUT LYON + OTTOSON LLP

/s/
Christopher P. Ridout
c.ridout@rlollp.com
Devon M. Lyon
d.lyon@rlollp.com
555 East Ocean Boulevard, Suite 500
Long Beach, California 90802

*Attorneys for Plaintiff*

FOR DEFENDANT:

BRAUNHAGEY & BORDEN LLP

/s/
J. Noah Hagey, Esq.

1

80 Broad Street, Suite 1302
New York, NY 10004
Tel / Fax: (646) 829-9403
hagey@braunhagey.com

*Attorneys for Defendant Robert's American
Gourmet Food, LLC (Renamed Pirate Brands, LLC)*

## **ORDER**

In light of this stipulation, the Clerk of Court is directed to close this case.

/s/ Sandra L. Townes
U.S.D.J.        12/9/14